| | |
|---|---|
| | |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CLEVELAND GAMBLE,<br><br>                    Plaintiff,<br><br>vs.<br><br>ROSES & MORE, INC.,<br>                    Defendants. | No. CV-13-363-LRS<br><br>ORDER GRANTING<br>DEFENDANT'S MOTION FOR<br>RULE 12(C) DISMISSAL OF<br>PLAINTIFF'S CLAIM FOR<br>WRONGFUL DISCHARGE IN<br>VIOLATION OF PUBLIC POLICY |

   THIS MATTER came before the Court on the Defendant's Motion for Rule 12(c) Dismissal of Plaintiff's Claim for Wrongful Discharge in Violation of Public Policy, having reviewed the records and filed herein and being fully advised in the premises,

   NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendant's unopposed Motion for Rule 12(c) Dismissal of Plaintiff's Claim for Wrongful Discharge in Violation of Public Policy, ECF No. 15,  is GRANTED.

ORDER GRANTING DEFENDANT'S
RULE 12(C) MOTION TO DISMISS:  1

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiff's Claim for Wrongful Discharge in Violation of Public Policy is DISMISSED with prejudice.

DATED this <u>10th</u> day of <u>September,</u> 2014.

*s/Lonny R. Suko*
_____
HONORABLE LONNY R. SUKO
SENIOR UNITED STATES DISTRICT JUDGE