IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CLEVELAND GAMBLE,<br><br>　　　　　　　Plaintiff,<br>vs.<br><br>ROSES & MORE, INC.,<br><br>　　　　　　　Defendant. | No. CV-13-363-LRS<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

This matter came before the Court pursuant to the Parties' Joint Stipulation of Dismissal of All Claims With Prejudice ("Stipulation").  Having reviewed the Stipulation, and the files and pleadings on record herein,

IT IS HEREBY ORDERED that the Stipulation is approved; and

IT IS FURTHER ORDERED that all claims and causes of action in the above-captioned matter are DISMISSED with prejudice, and without an award of fees or costs to either party.

The District Court Executive is directed to CLOSE the file.

DATED this 14th day of November, 2014.

　　　　　　　　　　　　　　　　*s/Lonny R. Suko*
　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Honorable Lonny R. Suko
　　　　　　　　　　　　　　　　United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE - 1